UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

"AGENT ORANGE"

PRODUCT LIABILITY LITIGATION
-----------------------------------------------------------X

PETER D. SARACENO, et al.,

                Plaintiffs,

          -against-

DOW CHEMICAL COMPANY, et al.,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**

MDL No. 381

04-CV-1334

FILED
IN CLERK'S OFFICE
U. S. DISTRICT COURT E.D. N.Y

★ MAR 2 2005 ★

TIME A.M._____
      P.M._____

JACK B. WEINSTEIN, Senior District Judge:

Upon consideration of all pleadings, motions and proceedings and the full record in MDL No. 381 and in the above-captioned action, for the reasons stated in *Isaacson v. Dow Chem. Co.*, 344 F. Supp. 2d 873 (E.D.N.Y. 2004), and prior opinions in MDL No. 381,

## IT IS ORDERED AND ADJUDGED THAT:

1. Defendants The Dow Chemical Company, Monsanto Company, Hercules, Inc., Uniroyal, Inc., Crompton Corporation, Air Products and Chemicals, Inc., Atofina Chemicals, Inc., Valero, Diamond Shamrock Refining and Marketing Company, Honeywell International, Inc., Ansul Corporation, and Chevron Phillips Chemical Company, LP have judgment against Plaintiffs Peter D. Saraceno and Samantha Saraceno;

2. The action is dismissed on the merits; and

3.  No costs or disbursements are awarded to any party against any other party.

SO ORDERED.

_____
Jack B. Weinstein

Dated: March 2, 2005
       Brooklyn, New York